**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED

APR 09 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 26-25-SCM-CJS
**18 U.S.C. § 922(g)(1)**

**DENZEL HAMPTON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about September 7, 2024, in Kenton County, in the Eastern District of Kentucky,

**DENZEL HAMPTON,**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith & Wesson, Model SD9, 9mm pistol bearing serial number FBV8415, and the firearm was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
**18 U.S.C. § 924(d)(1)**
**28 U.S.C. § 2461**

By virtue of the commission of the offense alleged in this Indictment, **DENZEL HAMPTON** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **DENZEL HAMPTON** has in this property is vested in and forfeited to

the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461. The property to

be forfeited includes, but is not limited to, the following:

### FIREARM and AMMUNITION:

a. A Smith & Wesson, Model SD9, 9mm pistol bearing serial number
FBV8415; and

b. All associated ammunition and magazines found with the firearm.

**A TRUE BILL**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**ANTHONY J. BRACKE**
**ASSISTANT UNITED STATES ATTORNEY**

## **PENALTIES**

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:**    Mandatory special assessment of $100.

**PLUS:**    Restitution, if applicable.

**PLUS:**    Forfeiture of all listed items.